IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GENEVA KATHRYN HOWANIETZ                                    PLAINTIFF

vs.                          4:19CV00118-SWW

LORENZA LAMBERT WATSON, ET AL.                              DEFENDANTS

## ORDER of DISMISSAL

Before the Court is the parties' joint motion to dismiss [ECF No. 29]. The parties report that they have resolved their dispute, and they request dismissal of this case with prejudice. The motion [ECF No. 29] is GRANTED. This action is DISMISSED WITH PREJUDICE, with each side to bear its own costs.

IT IS SO ORDERED THIS 25th DAY OF FEBRUARY, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE